EARLE, Respondent, v. ROBINSON et al., Appellants. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Lillie J. Earle against George H. Robinson, as trustee, etc., and others. George M. Pinney, for appellants. A. J. Dittenhoefer, for respondent.

PER CURIAM. The order should be modified by giving the defendants leave to move in case the taxes and water rates for 1893 have not been paid up to date, or in the event that the taxes and water rates for 1894 shall remain unpaid for a period of 60 days after the same are due and payable, for an increase in the bond, so as to secure such liens, which necessarily affect the value of the Normandie mortgage as security. As so modified, the order should be affirmed, without costs to either party.

EMERY, Appellant, v. NEW YORK, L. E. & W. RY. CO., Respondent. (Supreme Court, General Term, First Department. November 16, 1894.) Action by John J. Emery against the New York, Lake Erie & Western Railway Company. No opinion. Appeal dismissed. For opinion at special term, see 30 N. Y. Supp. 306.

FERDUM, Respondent, v. LENAHAN, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Samuel Ferdum against Peter Lenahan. No opinion. Judgment of the county court of Allegany county appealed from affirmed.

FLANNAGAN v. STEIN et al. (Supreme Court, General Term, First Department. November 16, 1894.) Action by James Flannagan against Philip Stein and others. V. D. Dechart, for plaintiff. No opinion. Motion granted, with $10 costs and disbursements.

FLEISCHMAN et ux., Respondents, v. FLEISCH-MAN et al., Appellants. (Supreme Court, General Term, Third Department. July 14, 1894.) Action by Solomon Fleischman and Caroline Fleischman, his wife, against Gertrude Fleischman and another. Order permitting plaintiffs to discontinue the action, and compelling defendants to pay $10 costs, modified. Mem. by HERRICK, J.

FLETCHER et al. v. MASSACHUSETTS BEN. LIFE ASS'N. (Supreme Court, General Term, First Department. October 12, 1894.) Action by William H. Fletcher and another against the Massachusetts Benefit Life Association. I. Grayhead, for plaintiff. J. K. Hayward, for defendant. No opinion. Judgment affirmed, on opinion on previous appeal. See 29 N. Y. Supp. 173.

FOGASSI v. NEW YORK CENT. & H. R. R. CO. (City Court of New York, General Term. October 23, 1894.) Appeal from trial term. Two actions by Marie Fogassi against the New York Central & Hudson River Railroad Company. There was a judgment in favor of plaintiff in each action, and defendant appeals. Affirmed. Ashbel Green, for appellant. Campora & Reville, for respondent.

NEWBURGER, J. Two actions were brought by the plaintiff against the defendant,—one to recover damages for personal injuries received by falling from a ferryboat operated by the defendant, and the other for damages for the loss of property, consisting of personal effects lost at the time of her fall. The answer in each action was a general denial, except the defendant admitted operating the ferryboat, and further alleged contributory negligence of the plaintiff. By order, the two actions were consolidated. The trial of the consolidated actions resulted in a verdict for the plaintiff, and against the defendant. From the judgment entered upon the verdict, and the order denying defendant's motion for a new trial, this appeal is taken. It is con-

tended that the trial justice erred in refusing to charge, as requested, certain propositions as to the duty defendant owed plaintiff while a passenger on the ferryboat, and as to the duty which rested on the plaintiff, in exercising care and watchfulness, and that the damages awarded by the jury were excessive. The question of the liability of the defendant and of the law on contributory negligence was properly and clearly submitted to the jury by the learned trial justice. The damages awarded by the jury were not excessive. The judgment and order appealed from must be affirmed, with costs.

FOSTER, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Thomas K. Foster against the New York Elevated Railway Company. J. C. Bardeley, for appellant. W. G. Peckham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FRELINGHUYSEN v. FRELINGHUYSEN et al. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Frederick Frelinghuysen, as trustee, against George G. Frelinghuysen and others. F. Morris, for plaintiff. R. Lane, for defendants. No opinion. Judgment affirmed, with costs.

GALE, Respondent, v. ROLL, Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Thomas F. Gale against George Roll. A. Kohn, for appellant. J. H. K. Blauvelt, for respondent. No opinion. Judgment affirmed, with costs. See 26 N. Y. Supp. 1095.

GILHOOLY, Appellant, v. AMERICAN SURETY CO., Respondent. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Andrew Gilhooly, as assignee, etc., against the American Surety Company. E. Hall, for appellant. I. C. Ross, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GLOBE SEWER-PIPE CO., Respondent, v. OTIS et al., Appellants. (Supreme Court, General Term, First Department. November 16, 1894.) Action by the Globe Sewer-Pipe Company against Ira L. Otis and another. Martin & Smith, for appellant. R. W. Taylor, for respondent. No opinion. Judgment affirmed, with costs. See 22 N. Y. Supp. 411.

GREENE, Respondent, v. MIDDLESEX VAL. RY. CO., Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Ida Greene against the Middlesex Valley Railway Company. No opinion. Order appealed from affirmed, with $10 costs and disbursements. See 29 N. Y. Supp. 1144.